**Order entered August 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00084-CR
No. 05-15-00085-CR

**TANYA DIANE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-61793-V, F13-72175-V**

## ORDER

Appellant was convicted of two offenses of sexual assault of child. Appellant's briefs identify the complaining witness by his full name. Accordingly, we **STRIKE** the appellant's briefs filed on August 6, 2015. We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, amended briefs that identify the complaining witness by initials only.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE